UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORGE LEON ANGEL, et al.,

        Plaintiff,

-against-

LEON ANGEL ET AL V. ROSELLA PIZZA, INC., et al.,

        Defendants.

---

21-CV-3648 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties were directed to file a joint status letter on **January 14, 2022.** (ECF 41). The parties have failed to do so. The parties are again ordered to submit a joint status letter on April 14, 2022. To the extent the parties are not on track to complete fact discovery **by April 30, 2022**, as set forth in their proposed case management plan, the parties are directed to submit an amended proposed case management plan with their status letter.

    **SO ORDERED.**

Dated: April 7, 2022
    New York, New York

    _s/ Ona T. Wang_
    **Ona T. Wang**
    United States Magistrate Judge