**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
JORGE LEON ANGEL, *individually and on*
*behalf of others similarly situated,*

                 *Plaintiff,*

      -against-

ROSELLA PIZZA, INC. (D/B/A
ROSELLA'S PIZZERIA), FRANCESCO
LAPUMA and FLAVIO MORALES,

                *Defendants.*

------------------------------------------------------X

Case 21:-cv-03648-OTW

**PLAINTIFF'S NOTICE OF**
**ACCEPTANCE OF OFFER OF**
**JUDGMENT**

TO:    **Steven Siegler, Esq.**
       40 Wall Street, 49th Floor
       New York, NY 10005
       (212) 404-8609
       *Attorneys for Defendants*

     PLEASE TAKE NOTICE that Plaintiff, JORGE LEON ANGEL, hereby accepts the offer of judgment made by ROSELLA PIZZA, INC. (D/B/A ROSELLA'S PIZZERIA), FRANCESCO LAPUMA and FLAVIO MORALES, pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated July 13, 2022. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
       July 15, 2022

                              Respectfully submitted,

                              _____
                              Bryan D. Robinson, Esq.
                              CSM Legal, P.C.
                              60 East 42nd Street.
                              Suite 4510
                              New York, NY 10165
                              Email: bryan@csm-legal.com
                              *Attorneys for Plaintiff*