**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
JORGE LEON ANGEL, *individually and on behalf of others similarly situated,*

                *Plaintiff*,

-against-

ROSELLA PIZZA, INC. (D/B/A ROSELLA'S PIZZERIA), FRANCESCO LAPUMA and FLAVIO MORALES,

                *Defendants*
-----------------------------------------------------X

Case: 21:-cv-03648-OTW

**JUDGMENT**

On _____ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiff, JORGE LEON ANGEL, have judgment against Defendants, ROSELLA PIZZA, INC. (D/B/A ROSELLA'S PIZZERIA), FRANCESCO LAPUMA and FLAVIO MORALES (collectively "Defendants"), jointly and severally, in the amount of $20,000.00 (Twenty Thousand Dollars and No Cents) which is inclusive of interest, attorneys' fees and costs.

Dated: _____, 20__

                                          SO ORDERED,

                                          Hon. Ona T. Wang
                                          United States Magistrate Judge