UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JORGE LEON ANGEL, *individually and on behalf of others similarly situated,*

                *Plaintiff,*

-against-

ROSELLA PIZZA, INC. (D/B/A ROSELLA'S PIZZERIA), FRANCESCO LAPUMA and FLAVIO MORALES,

                *Defendants*
-------------------------------------------------------X

Case: 21:-cv-03648-OTW

**JUDGMENT**

On **July 15, 2022** Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiff, JORGE LEON ANGEL, have judgment against Defendants, ROSELLA PIZZA, INC. (D/B/A ROSELLA'S PIZZERIA), FRANCESCO LAPUMA and FLAVIO MORALES (collectively "Defendants"), jointly and severally, in the amount of $20,000.00 (Twenty Thousand Dollars and No Cents) which is inclusive of interest, attorneys' fees and costs.

Dated: **July 18**, 20**22**

SO ORDERED,

_____
Hon. Ona T. Wang
United States Magistrate Judge